DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of A.W., A.W., and A.S., children.
_____

P.W.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES, and GUARDIAN AD
LITEM PROGRAM,

Appellee.

No. 2D21-1187
_____

September 24, 2021

Appeal from the Circuit Court for Manatee County; Gilbert Smith, Jr., Judge.

David Maldonado, The Maldonado Law Firm, P.A., Lakeland, for Appellant.

Meredith K. Hall of Children's Legal Services, Bradenton, for Appellee, Department of Children and Families.

Thomasina Moore and Sarah Todd Weitz of Statewide Guardian ad Litem Office, Tallahassee, for Appellee, Guardian ad Litem Program.

PER CURIAM.

Affirmed.

BLACK, LUCAS, and LABRIT, JJ., Concur.

––––––––––––––––––––––––––

Opinion subject to revision prior to official publication.